1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  WADE CHOW, SBN 168527
   Chief Attorney
4  Code Enforcement Team
   SABRINA M. BERDUX, SBN 248927
5  Deputy City Attorney
   Fox Plaza
6  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5406
7  Telephone:    (415) 554-3853
   Facsimile:    (415) 437-3929
8  E-Mail:       sabrina.m.berdux@sfcityatty.org

9  Attorneys for Plaintiffs
   CITY AND COUNTY OF SAN FRANCISCO and
10 PEOPLE OF THE STATE OF CALIFORNIA

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN 16  FRANCISCO, by and through David Chiu, City Attorney for the City and County of San 17  Francisco, | Case No. CV-25-04942-SK |
| 18       Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE MANDATORY SETTLEMENT CONFERENCE** |
| 19       vs. | Hearing Date:    September 15, 2025 |
| 20  ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J. 21  GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW GOVAN-SMITH, 22  an individual; and DOE 1 through DOE 5, | Time:    1:30 p.m. Place:    Zoom Trial Date:    N/A |
| 23       Defendants. | |

24

25

26        The parties present this stipulation and proposed order pursuant to United States District Court

27  Northern District Civil Local Rules, Rules 6-1, 6-2, and 7-12.  In its September 15, 2025 Order (ECF

28

1   No. 25), the Court set the deadline for the parties to complete a mandatory settlement conference by

2   January 12, 2026 and thereafter set an additional case management conference for January 26, 2026.

3        Whereas the parties need additional time to complete initial discovery in advance of attending

4   a meaningful settlement conference.

5        The parties have agreed to extend the deadline to complete a settlement conference by 60 days,

6   to March 13, 2026 and thereafter extend the further case management conference at the Court's

7   convenience.

8        THEREFORE, IT IS HERBY STIPULATED, by and between Plaintiffs and Defendants, that

9   the parties have until March 13, 2026 to complete a mandatory settlement conference.

10       IT IS SO STIPULATED.

11

12  Dated:  December 8, 2025                    DAVID CHIU
                                               City Attorney
13                                             YVONNE R. MERÉ
                                               Chief Deputy City Attorney
14                                             WADE CHOW
                                               Chief Attorney
15                                             Code Enforcement Team
                                               SABRINA M. BERDUX
16                                             Deputy City Attorney

17                                             By:  /s/ Sabrina M. Berdux_____
18                                                 SABRINA M. BERDUX
                                               Attorneys for Plaintiffs
19                                             CITY AND COUNTY OF SAN FRANCISCO and
                                               PEOPLE OF THE STATE OF CALIFORNIA
20

21  Dated:  December 3, 2025                    ANDREW GOVAN SMITH

22

23                                             By: /s/  Andrew Govan Smith_____
                                               ANDREW GOVAN SMITH
24                                             IN PRO PER

25                                             *Pursuant to L.R. 5-1(i)(3), the electronic filer has
                                               obtained approval from this signatory.
26

27

28

1

## **ORDER**

2          Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that

3    the deadline for the parties to conduct alternative dispute resolution is extended from January 12, 2026

4    to March 13, 2026.  All other case management deadlines in the Court's case management and pretrial

5    order stand.  (Dkt. No. 25.)  IT IS FURTHER ORDERED that the case management conference

6    scheduled for January 26, 2026 is continued to March 30, 2026.

7          **IT IS SO ORDERED.**

8

9    Date: December 10, 2025

10                                                    THE HONORABLE SALLIE KIM
                                                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28