FILED

JAN 15 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, OJASWAI SHRESTHA, declare as follows:

I am over the age of eighteen years and not a party to the above- entitled action. I served the following document:

**FORMAL RESPONSE TO REQUEST FOR PRODUCTION, SET ONE**

In the case titled:

ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J GOVAN-SMITH REVOCABLE TRUST, a California trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5 Defendants / Counter Claimants,

V.

PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco and in their official capacity Inspector Chris Francis San Francisco Department of Building Inspection, in their official capacity Inspector Gary Clifton San Francisco Department of Building Inspection, in their official capacity Brandon Murray San Francisco Fire Department, in their official capacity Investigator Chelsea Liu Office of Cannabis Control, in their official capacity Lt. Victor Wong San Francisco Fire Department, in their official capacity Captain Dennis Sy San Francisco Fire Department, in their official capacity DOE 1 through DOE 20 inclusive.

Plaintiffs/ Counter Defendants.

Case no: 25-cv-04942-SK

I served the above documents by delivering them in person to:

Mia Eisenberg, Deputy Scheduler
Office of the Mayor
City Hall, Room 200
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

I personally delivered the documents to the above-named individual at the location listed above on January 15, 2026 at 1:39 PM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2026

*/s/ Ojaswai Shrestha/*

Ojaswai Shrestha
989 28th Street
Richmond, CA 94804