**PROOF OF SERVICE**

I, OJASWAI SHRESTHA, declare as follows:

I am over the age of eighteen years and not a party to the above- entitled action. I served the following document:

**FORMAL RESPONSE TO REQUEST FOR PRODUCTION, SET ONE**

In the case titled:

ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J GOVAN-SMITH REVOCABLE TRUST, a California trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5 Defendants / Counter Claimants,

V.

PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco and in their official capacity Inspector Chris Francis San Francisco Department of Building Inspection, in their official capacity Inspector Gary Clifton San Francisco Department of Building Inspection, in their official capacity Brandon Murray San Francisco Fire Department, in their official capacity Investigator Chelsea Liu Office of Cannabis Control, in their official capacity Lt. Victor Wong San Francisco Fire Department, in their official capacity Captain Dennis Sy San Francisco Fire Department, in their official capacity DOE 1 through DOE 20 inclusive.

Plaintiffs/ Counter Defendants.

Case no: 25-cv-04942-SK

on the following person at the location specified:

Sabrina M. Berdux, Deputy City Attorney
Office of the City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5406
Email: Sabrina.M.Berdux@sfcityatty.org

in the manner indicated below:

☒ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person at the electronic service address listed above. Such document was transmitted via electronic mail from the electronic address: ojaswaishrestha@gmail.com in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2026

Ojaswai Shrestha
989 28th Street
Richmond, CA 94804