Andrew James Govan Smith

In Pro Se

1742 Yosemite Ave

San Francisco, CA 94124

ajshrestha007@gmail.com

Phone- (415)-855-5968

FILED

JAN 22 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE MAGISTRATE JUDGE SALLIE KIM PRESIDING

| | |
|---|---|
| ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J GOVAN-SMITH REVOCABLE TRUST, a California trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5. Defendants / Counter Claimants, <br><br> V. <br><br> PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco and in their official capacity Inspector Chris Francis Department of Building Inspection, in their official capacity Inspector Gary Clifton Department of Building Inspection, in their official capacity Investigator Chelsea Liu Office of Cannabis Control, in their official capacity Lt. Victor Wong San Francisco Fire Department, in their official capacity Captain Dennis Sy San Francisco Fire Department, in their official capacity Officer Brandon Murray San Francisco Fire Department, in their official capacity DOE 1 through DOE 20 inclusive. Plaintiffs/ Counter Defendants. | Case no: 25-cv-04942-SK <br><br> NOTICE OF MOTION |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date to be set by the Court, Defendants / Counter Claimants Andrew Govan-Smith will move this Court for an order:

## I. COMPELLING INDIVIDUAL COUNTER DEFENDANTS TO RESPOND TO DISCOVERY

1. Compelling Plaintiffs/ Counter Defendants Dennis Sy, Chris Francis, Gary Clifton, Victor Wong, Chelsea Liu, and Brandon Murray (collectively, "Individual Counter Defendants") to provide full and complete verified responses to Interrogatories (Set One) and Requests for Admission (Set One) served on December 21, 2025, within thirty (30) days.

2. Authorizing Defendants / Counter Claimants to notice depositions of all Individual Counter Defendants at reasonable dates, times, and locations, each deposition not to exceed seven (7) hours.

## II. COMPELLING FURTHER RESPONSES TO REQUESTS FOR PRODUCTION

3. Compelling Plaintiffs/ Counter Defendants City and County of San Francisco ("the City") to provide further responses to Requests for Production Nos. 1, 5, 14, 15, 16, 17, 18, 19, 20, 21, 25, 26, 27, and 35 without objections or with properly supported objections only, within thirty (30) days.

4. Compelling the City to produce all documents responsive to said requests, with a privilege log for any documents withheld on grounds of privilege.

5. Compelling the City to provide verified supplemental responses confirming:

a. No search warrant applications exist for any searches of the Subject Properties.

b. No written or recorded consent exists from Defendants / Counter Claimants for any searches.

c. No photographs, laboratory testing, or physical evidence of cannabis plants or cannabis material exist.

## IV. GENERAL RELIEF

6. Granting such other and further relief as the Court deems just and proper.

2

1  This Motion is made pursuant to Federal Rules of Civil Procedure 26, 30, 33, 34, 36, and 37, and
2  is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the
3  Declaration of Andrew Govan-Smith filed concurrently herewith, all pleadings and papers on file
4  in this action, and such oral and documentary evidence as may be presented at the hearing.

6  DATED: January 22, 2026

8  Respectfully submitted,

10  _____
11  Andrew James Govan-Smith
12  Defendants / Counter Claimants