FILED
JAN 22 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, OJASWAI SHRESTHA, declare as follows:

I am over the age of eighteen years and not a party to the above- entitled action. I served the following document:

**NOTICE AND MOTION TO COMPEL**

In the case titled:

ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J GOVAN-SMITH REVOCABLE TRUST, a California trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5 Defendants / Counter Claimants,

V.

PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco and in their official capacity Inspector Chris Francis San Francisco Department of Building Inspection, in their official capacity Inspector Gary Clifton San Francisco Department of Building Inspection, in their official capacity Brandon Murray San Francisco Fire Department, in their official capacity Investigator Chelsea Liu Office of Cannabis Control, in their official capacity Lt. Victor Wong San Francisco Fire Department, in their official capacity Captain Dennis Sy San Francisco Fire Department, in their official capacity DOE 1 through DOE 20 inclusive.

Plaintiffs/ Counter Defendants.

Case no: 25-cv-04942-SK

on the following person at the location specified:

Paola Willson
Clerk, City Attorneys Office
1390 Market St
8th Floor
San Francisco, CA 94102

in the manner indicated below:

I personally delivered the documents to the above-named individual at the location listed above on January 22, 2026 at 12:55 pm.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 22, 2026

Ojaswai Shrestha
989 28th Street
Richmond, CA 94804

1