DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX, SBN 248927
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5406
Telephone:     (415) 554-3853
Facsimile:     (415) 437-3929
E-Mail:        sabrina.m.berdux@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J. GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5,<br><br>Defendants. | Case No. 25-CV-04942-SK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE MANDATORY SETTLEMENT CONFERENCE**<br><br>Hearing Date:  March 30, 2026<br>Time:          1:30 p.m.<br>Place:         Zoom<br><br>Trial Date:    June 29, 2027 |

The parties present this stipulation and proposed order pursuant to United States District Court Northern District Civil Local Rules, Rules 6-1, 6-2, and 7-12. In its December 10, 2025 Order (ECF

1  No. 33), the Court extended the deadline for the parties to complete a mandatory settlement conference
2  to March 13, 2026.
3      Whereas the parties need additional time to complete initial discovery in advance of attending
4  a meaningful settlement conference. Defendant/Cross-Complainant informed Plaintiff/Cross-
5  Defendant desires to complete multiple depositions before attending a settlement conference. The
6  depositions have not yet been noticed.
7      Accordingly, the parties have agreed to extend the deadline to complete a settlement
8  conference by 90 days, to May 23, 2026 and thereafter extend the further case management conference
9  at the Court's convenience.
10     THEREFORE, IT IS HERBY STIPULATED, by and between Plaintiffs and Defendants, that
11 the parties have until May 23, 2026 to complete a mandatory settlement conference.
12     IT IS SO STIPULATED.

14 Dated: February 20, 2026                  DAVID CHIU
15                                           City Attorney
                                             YVONNE R. MERÉ
16                                           Chief Deputy City Attorney
                                             WADE CHOW
17                                           Chief Attorney
                                             Code Enforcement Team
18                                           SABRINA M. BERDUX
                                             Deputy City Attorney
19
                                             By:  /s/ Sabrina M. Berdux
20                                               SABRINA M. BERDUX
                                             Attorneys for Plaintiffs
21                                           CITY AND COUNTY OF SAN FRANCISCO and
                                             PEOPLE OF THE STATE OF CALIFORNIA
22

23 Dated: February 20, 2026                  ANDREW GOVAN SMITH
24
25                                           By: /s/ Andrew Govan Smith
                                                 ANDREW GOVAN SMITH
26                                               IN PRO PER

27                                           *Pursuant to L.R. 5-1(i)(3), the electronic filer has
                                             obtained approval from this signatory.
28

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE based on the above Stipulation of the Parties,

IT IS HEREBY ORDERED that the deadline for the parties to complete a mandatory settlement conference is extended from March 13, 2026 to May 23, 2026.

IT IS FURTHER ORDERED that the case management conference set for March 30, 2026 is continued to _____, 2026.

Date: _____

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge

STIP AND ORDER RE: MSC CONTINUANCE;
CASE NO. 25-CV-04942-SK

3