UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-04942-SK<br><br>**ORDER EXTENDING EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND CONTINUING FURTHER CMC**<br><br>Regarding Docket No. 56 |

Before the Court is the parties' stipulation to extend the deadline for the parties to complete a mandatory settlement conference. (Dkt. No. 56.) Upon review of the parties' stipulation and for good cause shown, the Court GRANTS the parties' stipulation. The parties' deadline to complete a mandatory settlement conference is May 23, 2026. The further case management conference scheduled for March 30, 2026 IS HEREBY CONTINUED to June 15, 2026 at 1:30 p.m. via Public Zoom webinar.

**IT IS SO ORDERED**.

Dated: February 20, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SALLIE KIM
United States Magistrate Judge