OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 23, 2026 | **Time:** 3:06 p.m.- 3:15 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-04942-SK | **Case Name:** People of the State of California v. Andrew Govan-Smith Revocable Trust | |

**For Plaintiff:** Sabrina Michelle Berdux, Office of the City Attorney, counsel for Plaintiff

**For Defendant:** Lawrence Dale Murray, Murray & Associates , counsel for Defendant

**Deputy Clerk:** Brittany Sims           **Reported by:** Not Recorded

PROCEEDINGS

Telephonic Settlement Status Conference held. The settlement conference was rescheduled to May 22, 2026, at 9:00 am.  Judge Cisneros will be available to assist until 12 noon.  The parties also discussed holding the settlement on June 17, 2026 at 1:00 pm.  Judge Cisneros is available then but will not set that date without a modification to the presiding judge's scheduling order.  If the parties strongly prefer to hold their settlement conference in June, they may seek a further modification of the deadline for the settlement conference by Judge Kim, and then file a stipulation seeking Judge Cisneros's approval to move the settlement conference to June 17, 2026.