Lawrence D. Murray  (SBN 77536)
MURRAY & ASSOCIATES
650 5th Street, Suite 514
San Francisco, CA  94107
Tel:    (415) 673-0555
Fax:    (415) 928-4084

Attorney for Defendant & Cross Claimant
ANDREW GOVAN-SMITH REVOCABLE TRUST

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, et al.<br><br>        Defendants. | **Case No. 25-cv-04942-SK**<br><br>**NOTICE OF MOTION AND MOTION TO AMEND THE CROSS-COMPLAINT TO ADD MONELL CLAIMS**<br><br>DATE:          JUNE 22, 2026<br>TIME:           9:30 AM<br>COURT:        C, 15th Floor |
| ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust, et al.,<br><br>        Defendants and Counter-Claimants,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Plaintiffs and Counter-Defendants. | |

State of California, et al., vs. Andrew Govan-Smith Revocable Trust, et al.          PAGE 1
USDC San Francisco Case No. 25-cv-04942 SK
Notice of Motion and Motion to Amend Cross-Complaint

TO PLAINTIFF AND CROSS DEFENDANTS PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO AND EACH INDIVIDUAL DEFENDANT, YOU AND EACH OF YOU PLEASE TAKE NOTICE that on JUNE 22, 2026 at the hour of 9:30 AM, in Courtroom C of this Court, Counter-Claimant Andrew Govan-Smith will and hereby does moves this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to amend the Counter-Complaint to add and express Monell claims and Civil Rights violations against the City and County of San Francisco under 42 U.S.C. § 1983, and the individual defendants.   A true and correct copy of the proposed Cross-Complaint has been attached to the Declaration of Lawrence D. Murray, as Exhibit A, and incorporated by reference.

This motion is based upon the memorandum of points and authorities below, the sworn discovery responses of the named individual defendants, deposition testimony, the SFFD's California Public Records Act production, and all pleadings and papers on file in this action.

Respectfully submitted,

MURRAY & ASSOCIATE

May 11, 2026                    |S| Lawrence D. Murray
                               Lawrence D. Murray
                               Attorney for Defendant and Cross-Claimant

State of California, et al., vs. Andrew Govan-Smith Revocable Trust, et al.    PAGE 2
USDC San Francisco Case No. 25-cv-04942 SK
Notice of Motion and Motion to Amend Cross-Complaint

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 650 5th Street, Suite 514, San Francisco, California 94107; (415) 673-0555.   On this date, I served the following document(s): **NOTICE OF MOTION AND MOTION TO AMEND THE CROSS COMPLAINT TO ADD MONELL CLAIMS** on the interested parties in this action as follows:

SABRINA M. BERDUX, SBN 248927
Deputy City Attorney  Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5406
Tele: (415) 554-3929  Fax: (415) 437-4644
E-Mail: sabrina.m.berdux@sfcityatty.org
Attorneys for Plaintiff  PEOPLE OF THE STATE OF CALIFORNIA

[   ]   **[BY PERSONAL SERVICE]**    I caused such envelope(s) to be delivered by hand to the above address(es).

[XX]   **[BY EMAIL]**   I caused such document(s) to be served on the parties listed in this action via email to the email addresses shown above.

[   ]   **[BY MAIL]**    I caused envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed as shown above.

[XX]   **[BY E-SERVICE]**    I caused such document(s) to be served via e-service on the parties listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California, on May 11, 2026.

/S/ Lawrence D Murray

_____
Lawrence D Murray

State of California, et al., vs. Andrew Govan-Smith Revocable Trust, et al.        PAGE 3
USDC San Francisco Case No. 25-cv-04942 SK
Notice of Motion and Motion to Amend Cross-Complaint