**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** May 20, 2026 | **Time:** 10:29 a.m.- 3:20 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-04942-SK | **Case Name:** People of the State of California v. Andrew Govan-Smith Revocable Trust | |

**For Plaintiffs:** Sabrina Michelle Berduez, San Francisco City Attorney's Office, counsel for Plaintiffs and Counter-Defendants; Wade Chow, Chief Attorney of the Code Enforcement Team

**For Defendants:** Lawrence Dale Murray, Murray & Associates, counsel for Defendants and Counter-claimant; Andrew Govan-Smith, Defendant and Counter-claimant, Ojaswai Shrestha, Legal Assistant at Murray & Associates

**Deputy Clerk:** Brittany Sims                **Reported by:** Not Recorded and Reported

**PROCEEDINGS**

Settlement Conference held. The case did not settle.