DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX, SBN 248927
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929
Facsimile:     (415) 437-4644
E-Mail:        sabrina.m.berdux@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA


Lawrence D. Murray
MURRAY & ASSOCIATES
650 – 5th Street, Suite 514
San Francisco, CA 94107
Phone:  415 673 0555/  415 240 2382
Email:  larryyourlawyer@gmail.com
Attorney for Defendant  ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust;
ANDREW J. GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW
GOVAN-SMITH, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco,<br><br>        Plaintiffs,<br><br>        vs. | Case No. 25-CV-04942-SK<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date:     June 15, 2026<br>Time:             1:30pm<br>Place:            Zoom<br><br>Date Action Filed:    March 27, 2025 |

CCSF CASE MANAGEMENT STATEMENT
CASE NO.   **25-CV-04942-SK**                    1

ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J. GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5,

    Defendants.

Trial Date:          June 29, 2027

Pursuant to the Court's February 20, 2026, Order Extending Deadline to Complete Settlement Conference and Continuing Further CMC (ECF No. 57), counsel for all parties submit this joint case management statement in advance of the Case Management Conference presently set for June 15, 2026, at 1:30 p.m. to be held remotely via Zoom.

Plaintiff City submitted a prior statement.Defendant Govan-Smith disputes many of the statement and alleged admissions against him.

### 4.    **Motions**

Defendants' Motion to Amend the Cross-Complaint is fully briefed, without opposition, and set for hearing on July 6, 2026, at 9:30 a.m. via Public Zoom webinar. Since the subject motion is not opposed, if the court grants the motion, the parties jointly request the hearing be vacated, otherwise the parties would like to be heard at the motion

Dispositive motion deadlines are set pursuant to the Case Management and Pretrial Order. (ECF No. 25)

There are no pending discovery motions at this time.

### 5.    **Amendment of Pleadings**

Defendants' Motion to Amend the Cross-Complaint is fully briefed, without opposition, and set for hearing on July 6, 2026, at 9:30 a.m. via Public Zoom webiner. Since the subject motion is not opposed, if the court grants the motion, the parties jointly request the hearing be vacated, otherwise the parties would like to be heard at the motion

**7.    Disclosures**

The parties have served Initial Disclosures pursuant to Fed. R. Civ. P. 26. Based on the deposition of Defendant Govan-Smith, supplemental disclosures are anticipated.

**8.    Discovery**

The parties have engaged in an initial round of discovery, including written discovery and party depositions. The parties anticipate further discovery before the close of fact discovery. There have been about 6 depositions taken.   There will be additional depositions taken.

**12.    Settlement and ADR**

The parties attended a Settlement Conference with Judge Lisa J. Cisneros on May 20, 2026, from approximately 10:30 a.m. to 3:20 p.m. (ECF No. 64) The parties did not resolve any claims.

**15.    Scheduling**

The parties remain amenable to all current dates and deadlines set in its Case Management and Pretrial Order. (ECF No. 25)

**16.    Trial**

Trial is scheduled to occur before a jury. While Cross-Complainant's constitutional claims are appropriate for a jury, Plaintiff seeks a court trial on municipal code violation claims which carry strict liability are heard and determined by a bench trial. Defendant disputes that the claims are subject to strict liability or appropriate for a bench trial.  The parties propose that all facts be presented before the jury with bifurcated decisions as appropriate. Defendant seeks a jury decision on all issues of fact.

Dated: June 8, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WADE CHOW
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX
Deputy City Attorney


By: _____
SABRINA M. BERDUX

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA


Dated: June 8, 2026                MURRAY & ASSOCIATES


By: _* /s/_____
LAWRENCE D MURRAY

Attorneys For Defendant and Cross Complainant Andrew
Govan-Smith

*Pursuant to L.R. 5-1(i)(3), the electronic filer has
obtained approval from this signatory.*

CCSF CASE MANAGEMENT STATEMENT
CASE NO.   **25-CV-04942-SK**
                                    4