UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

        Plaintiffs,

        v.

ANDREW GOVAN-SMITH REVOCABLE
TRUST, et al.,

        Defendants.

Case No.  25-cv-04942-SK

**ORDER TO SHOW CAUSE**

On May 11, 2026, Defendant/Counter-Claimant Andrew Govan-Smith filed a motion to amend the cross-complaint (hereinafter "Defendant's motion"). (Dkt. No. 62.)  Pursuant to the Court's order dated May 19, 2026, the opposition deadline was May 26, 2026.  (Dkt. No. 63.)  To date, no opposition has been filed.  Accordingly, Plaintiffs/Cross-Defendants People of the State of California and the City and County of San Francisco ("Plaintiffs/Cross-Defendants") ARE HEREBY ORDERED TO SHOW CAUSE in writing by no later than June 25, 2026 why the Court should not grant Defendant's motion as unopposed.

If Plaintiffs/Cross-Defendants seek to file opposition briefs, they must file a request to do so demonstrating good cause for their failure to comply with the Court's deadline.  (Dkt. No. 63.) Plaintiffs/Cross-Defendants must file their proposed opposition briefs with their requests.  If Plaintiffs/Cross-Defendants fail to file a response to this Order to Show Cause by June 25, 2026 the Court will grant Defendant's motion to amend the cross-complaint as unopposed without further notice.

/ / /

/ / /

/ / /

The Court VACATES the hearing on Defendant's motion currently scheduled for July 6, 2026. If Plaintiffs/Cross-Defendants demonstrate good cause for their delay and seek to oppose Defendant's motion, the Court will provide Defendant/Counter-Claimant Andrew Govan-Smith with an opportunity to file his reply and set a motion hearing date.

**IT IS SO ORDERED**.

Dated: June 11, 2026



_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California