UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, et al.,<br><br>Defendants. | Case No.  25-cv-04942-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT**<br><br>Regarding Docket Nos. 62, 67 |

On May 11, 2026, Defendant/Counter-Claimant Andrew Govan-Smith ("Defendant/Counter-Claimant) filed a motion to amend the cross-complaint (hereinafter "Defendant/Counter-Claimant's motion").  (Dkt. No. 62.)  On June 11, 2026, the Court ordered Plaintiffs/Cross-Defendants People of the State of California and the City and County of San Francisco ("Plaintiffs/Cross-Defendants") to show cause in writing why the Court should not grant Defendant/Counter-Claimant's motion as unopposed by June 25, 2026.  (Dkt. No. 67.)

At the further case management conference held on June 15, 2026, Plaintiffs/Cross-Defendants indicated they do not oppose Defendant/Counter-Claimant's motion.  Accordingly, the Court HEREBY DISCHARGES the order to show cause.  Defendant/Counter-Claimant shall file his Amended Cross-Complaint by June 22, 2026.

**IT IS SO ORDERED**.

Dated: June 15, 2026



_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California