Lawrence D Murray
MURRAY & ASSOIATES
650 – 5th Street, Suite 514
San Francisco, CA 94107
415 673-0555/ 415 240 2382
Attorney for Defendant & Cross Claimant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO et al

Plaintiffs,

v.

ANDREW GOVAN-SMITH REVOCABLE TRUST, et al.

. Defendants. /

ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; et al

. Defendants / Counter Claimants,

v.

PEOPLE OF THE STATE OF CALIFORNIA and CITYAND COUNTY OF SAN FRANCISCO, et al.

Plaintiffs/ Counter Defendants. /

Case No: 25-CV-04942-SK

# STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: PLAINTIFF AND DEFEDANT'S FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING DEFENDANT AND CROSS-COMPLAINANT'S MEDICAL, BILLING, AND X-RAYS RECORDS

## "FIRST LOOK" AGREEMENT RE: SUBPOENAS

The parties to this action agree to enter into this stipulated agreement for an order limiting the content, direction, handling and the manner of discovery and disclosure of medical, psychological, and dental records, including but not limited to Kaiser, Jane Christmas PsyD and Clayton Dental Group for Defendant and Cross-Complainant Andrew Govan-Smith, et al. This agreement shall not apply to documents disclosed by Pacific Gas and Electric for the subject properties.

1. Plaintiff and Cross Defendant, The City and County of San Francisco (the City) has issued subpoenas for "[a]ny and all medical, billing, x-rays etc." pertaining to Andrew Govan-Smith without limitation, medical, emotional, psychiatric and general records. The City understands that Kaiser is unable to produce records responsive to a subpoena based on injury, body part, or other limitations requested.

2. Any and all documents obtained pertaining to Defendant's/Cross-Complainant Andrew Govan-Smith without limitation, medical, emotional, psychiatric and general records shall be produced and handled pursuant to this stipulation for order and order. No documents will be processed outside this order save and except

3. Defendant's/Cross-Complainant's counsel contend that the subpoenaed documents likely contain private and privileged information to which Plaintiff/Cross-Defendants are not entitled (such as unrelated medical histories, unrelated observations and discussions of unrelated conditions and/or injuries), and that the subpoenas as drafted are overbroad insofar as they seek discovery of information protected by Defendant's physician-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter.

4. Plaintiff/Cross Defendant's counsel and Defendant/Cross-Complainants' counsel met and conferred in discussion to start to resolve the issues. In an effort to resolve the dispute the parties agree to the following "First-Look" Procedure:

a. Counsel for Plaintiff/ Cross- Defendant shall instruct their subpoena services to obtain the subpoenaed documents within 30 days, to the extent that they are produced; however, instead of producing the documents to counsel for Plaintiff/Cross- Defendant, the subpoena services shall instead produce the documents directly to Defendant/Cross-Complainant's counsel's business address: Lawrence D Murray, MURRAY & ASSOIATES, 650 – 5th Street, Suite 514, San Francisco, CA 94107, 415 673-0555/ 415 240 2382

b. Upon receipt of the subpoenaed documents from the subpoena service, Defendant/Cross-Complainant's Counsel will notify the City that the records have been received. Defendant and Cross-Complainant's counsel will then have seven (7) business days to review the documents to see if they contain any privileged or objectionable information. Privileged or objectionable information is information subject to objection and/or regarding diagnoses or treatment of injuries or conditions that were not caused, sustained, or exacerbated as a consequence of the incident underlying this case, and or which have no possible impact on Defendant and Cross-Complainant's treatment or recovery. Injuries, conditions, complaints or treatments of prior or preexisting conditions that were impacted by the incidents are not necessarily privileged or objectionable. The parties agree that information is not automatically privileged merely because it is sensitive or not directly related to treatment for the injuries sustained in the underlying incident.

c. If the documents do contain such information, counsel shall redact and/or withhold the pages containing that information and Plaintiff's counsel shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

d. On or before the seventh (7th) business day after receiving the records from said subpoena service, counsel shall serve the subpoenaed documents to the City; if counsel for Defendant's/ Cross-Complainant's has redacted and/or withheld any information, he shall also concurrently serve the privilege log described in ¶ 4(c), above.

5. Counsel for the City shall pay the subpoena services in obtaining the documents and Defendant / Cross Complainant's counsel will pay for his own copy of the records.

6. Any and all objections to the documents on any lawful basis is preserved and shall be made by Defendant/Cross-Complainant at any time after examining the documents by reference to page and potentially line number.

7. Counsel for the City reserves their rights to seek production of any documents that are withheld and/or redacted by Defendant/Cross- Complainant's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be subject to resolution through the meet and confer process. The City reserves their rights to file discovery motions with the Court seeking an Order requiring production of withheld documents.

///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: Aug 25, 2026

/s/ Sabrina M. Berdux
SABRINA M. BERDUX,
SBN 248927
Deputy City Attorney

/s/ Lawrence D. Murray
LAWRENCE D. MURRAY
SBN 077536
Attorney for Defendant and Cross-Complainant
Andrew Govan-Smith

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories listed.

**ORDER RE: "FIRST LOOK" AGREEMENT RE:
PLAINTIFF AN DEFEDANT'S FEDERAL RULE OF CIVIL PROCEDURE 45
SUBPOENAS SEEKING DEFENDANT AND CROSS-COMPLAINANT'S
MEDICAL, BILLING, AND X-RAYS RECORDS**

The foregoing stipulation of the parties having been reviewed and Good Cause existing, it is accepted and made the order of the Court.

____________________________________
Magistrate Judge of the United States District Court

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 5th Street, Suite 514, San Francisco, California 94107; (415) 673-0555. On this date, I served the following document(s): STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: PLAINTIFF AN DEFEDANT'S FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING DEFENDANT AND CROSS-COMPLAINANT'S MEDICAL, BILLING, AND X-RAYS RECORDS
or Plaintiff and Defendant-Complainant on the interested parties in this action as follows:

SABRINA M. BERDUX, SBN 248927
Deputy City Attorney Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5406
Tele: (415) 554-3929 Fax: (415) 437-4644
E-Mail: sabrina.m.berdux@sfcityatty.org
Attorneys for Plaintiff PEOPLE OF THE STATE OF CALIFORNIA

[ ] [BY PERSONAL SERVICE] I caused such envelope(s) to be delivered by hand to the above address(es).

[XX] [BY EMAIL] I caused such document(s) to be served on the parties listed in this action via email to the email addresses shown above.

[ ] [BY MAIL] I caused envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed as shown above.

[XX] [BY E-SERVICE] I caused such document(s) to be served via e-service on the parties listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California, on August 12, 2026.

Lawrence D Murray

______________________________
Lawrence D Murray