DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX, SBN 248927
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3929
Facsimile: (415) 437-4644
E-Mail: sabrina.m.berdux@sfcityatty.org

Attorneys for Plaintiffs/Cross-Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J. GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5,<br><br>Defendants. | Case No. 25-CV-04942-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: September 28, 2026<br>Time: 1:30pm<br>Place: Zoom<br><br>Date Action Filed: March 27, 2025<br>Trial Date: June 29, 2027 |

Counsel for all parties submit this joint case management statement in advance of the Case Management Conference presently set for September 28, 2026, at 1:30 p.m. to be held remotely via Zoom.

This further case management statement sets forth only those areas in which the case status has changed since the filing of the prior statement.

**4. Motions**

Defendants/Cross-Complainants will file a Rule 11 motion. Plaintiffs'/Cross-Defendants strenuously dispute the basis for the motion and will oppose.

There are no pending discovery motions at this time.

**8. Discovery**

The parties have engaged in ongoing discovery, including written discovery and party depositions. The parties anticipate further discovery before the close of fact discovery. There is so far scheduled 2 additional depositions. Then Defendant/ Cross Complainant will move for summary judgment/summary adjudication on all claims.

**15. Scheduling**

The parties remain amenable to the all-current dates and deadlines set in its Case Management and Pretrial Order. (ECF No. 25)

Dated: September 22, 2026

MURRAY & ASSOCIATES

By: * */s/*
LAWRENCE D MURRAY

Attorneys For Defendant Andrew Govan-Smith

**Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

Dated: September 23, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WADE CHOW
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX
Deputy City Attorney

By: */s/ Sabrina M. Berdux*
SABRINA M. BERDUX

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

**PROOF OF SERVICE**

I, CARMEN GUO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On September 23, 2026, I served the following document(s):

**JOINT CASE MANAGEMENT STATEMENT**

on the following person(s) at the locations specified:

Lawrence Dale Murray, Esq.
Murray & Associates
650 5th St Ste 514
San Francisco, CA 94107-1558
daydrmn@aol.com
jcwong33@hotmail.com
unionstlaw@aol.com
*(Attorney for Andrew James Govan-Smith)*

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **Pacer** in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 23, 2026, at San Francisco, California.

*/s/ Carmen Guo*
CARMEN GUO