DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX, SBN 248927
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3929
Facsimile: (415) 437-4644
E-Mail: sabrina.m.berdux@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY AND COUNTY OF SAN FRANCISCO, by and through David Chiu, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW J. GOVAN-SMITH REVOCABLE TRUST, a California Trust; ANDREW GOVAN-SMITH, an individual; and DOE 1 through DOE 5,<br><br>Defendants. | Case No. 25-CV-04942-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: November 30, 2026<br>Time: 1:30pm<br>Place: Zoom<br><br>Date Action Filed: March 27, 2025<br>Trial Date: June 29, 2027 |

Pursuant to the Court's September 23, 2026, Clerk's Notice Continuing Case Management Conference (ECF No. 78), counsel for all parties submit this joint case management statement in

advance of the Case Management Conference presently set for November 30, 2026, at 1:30 p.m. to be held remotely via Zoom.

This further case management statement sets forth only those areas in which the case status has changed since the filing of the prior statement.

**4. Motions**

Dispositive motion deadlines are set pursuant to the Case Management and Pretrial Order. (ECF No. 25) All parties intend on filing Motions for Summary Judgment or in the Alternative Motion for Summary Adjudication.

There are no pending discovery motions at this time.

**5. Amendment of Pleadings**

Defendants' Motion to Amend the Cross-Complaint was granted. It is no longer in issue.

**7. Disclosures**

The parties have served Initial and Supplemental Disclosures pursuant to Fed. R. Civ. P. 26.

**8. Discovery**

Fact discovery has closed, except that parties may submit a proposed protective order to exchange confidential documents requested during discovery.

The parties will commence and complete expert discovery pursuant to the Court's Pretrial Order (ECF No. 25).

**12. Settlement and ADR**

The parties attended a Settlement Conference with Judge Lisa J. Cisneros on May 20, 2026, from approximately 10:30 a.m. to 3:20 p.m. (ECF No. 64) The parties did not resolve any claims.

**15. Scheduling**

The parties remain amenable to all current dates and deadlines set in its Case Management and Pretrial Order. (ECF No. 25)

**16. Trial**

Trial is scheduled to occur before a jury. Plaintiff contends that Cross-Complainant's constitutional claims are appropriate for a jury, and that the Plaintiff's municipal code violation claims

which carry strict liability are heard and determined by a bench trial. The parties will propose via pre-trial filings that all facts be presented before the jury with bifurcated decisions as appropriate.

Defendant and Cross-Complainant urges that the claims that Defendant aided and abetted in the growing of Cannabis on property he leased out is not subject to any automatic or strict liability of the landlord if in fact the tenant did grow Cannabis. With no evidence that this Defendant landlord did anything to aid in the growing of Cannabis, the City attempts to put automatic and strict liability on this Defendant without a jury trial and without any fault on his part. He is entitled to a jury trial.

Dated: November 24, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WADE CHOW
Chief Attorney
Code Enforcement Team
SABRINA M. BERDUX
Deputy City Attorney

By: *\/s/ Sabrina M. Berdux*
SABRINA M. BERDUX

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

Dated: November 23, 2026

MURRAY & ASSOCIATES

By: */s/*
LAWRENCE D MURRAY

Attorneys For Defendant Andrew Govan-Smith

**Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

4901-6708-1185, v. 3